# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Cody Benth, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| City of Williston, Detective Momcilo Babic, Brittany Collings, and John and Jane Does 1–10, in their official capacities, | ) ) ) ) | Case No.1:25-cv-175 |
| Defendants. | ) | |

**IT IS ORDERED**:

A mid-discovery status conference will be held on May 1, 2026 at 9:00 AM before the magistrate judge by telephone. To participate in the conference, the parties shall call (571) 353-2301 and enter "Call ID" 292466149. The conference may be recorded for the convenience of the court.

Dated this 5th day of November, 2025.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court